AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

TERRENCE J. HANCOCK, et al.

V.

NEPTUNE CONSTRUCTION COMPANY,
INC., an Illinois corporation

CASE NUMBER: 08CV4000

ASSIGNED JUDGE: JUDGE CONLON
MAGISTRATE JUDGE BROWN

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Neptune Construction Company, Inc.
c/o Sidney E. Morrison, Registered Agent
77 W. Washington Street, Suite 1611   or
Chicago, IL  60602

303 W. Madison Street, 23rd Floor
Chicago, IL  60606
(312) 782-5050

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jennifer L. Dunitz-Geiringer
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

July 17, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE July 18, 2008 |
| NAME OF SERVER (PRINT) Ross Neuman | TITLE Clerk/Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

XX Other (specify): Left copies with Sidney E. Morrison, Registered Agent for Neptune Construction Company, Inc., 77 W. Washington Street, Suite 1611, Chicago, IL 60602

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 18, 2008    *[signature]*
             Date              Signature of Server

                               200 W. Adams Street, Suite 2200,
                               Chicago, IL  60606-5231
                               Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.