# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4000 | **DATE** | 8/22/2008 |
| **CASE TITLE** | TERRENCE J. HANCOCK, ET AL vs. NEPTUNE CONSTRUCTION COMPANY, INC. | | |

**DOCKET ENTRY TEXT**

The case is dismissed without prejudice pursuant to plaintiff's voluntary dismissal.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|